## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| Gerald Lee, *et al.*, | : | |
| | : | **Civil Action** |
| | : | |
| **Plaintiffs,** | : | **No. 08-1147 (RBK)** |
| | : | |
| **v.** | : | |
| | : | |
| Columbia Sussex Corporation, *et al.*: | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

### STIPULATION REGARDING AMENDMENT OF THE COMPLAINT

The parties hereby stipulate and agree that the Plaintiffs may file an ~~the~~

Amended Complaint ~~in the above-captioned case~~ *Filed on August 8, 2008. [Doc. No. 3(].*  It is acknowledged by all parties

that Aztar Corporation is no longer a party to this action, having been

administratively dismissed.  As such, no response is required from Aztar

Corporation.


Console Law Offices LLC
1525 Locust Street, 9th Floor
Philadelphia, PA  19102


By: s/ James M. Duttera
       James D. Duttera, Esq.

Attorneys For Plaintiffs


Cooper Levenson
1125 Atlantic Avenue, 3rd Floor
P.O. box 1125
Atlantic City, NJ  08404

By: s/ Eileen Oakes Muskett
       Eileen Oakes Muskett, Esq.

Attorneys For Defendant Adamar Of
New Jersey, Inc.

JACKSON LEWIS LLP
220 Headquarter Plaza
East Tower, 7th Floor
Morristown, New Jersey 07960


By: s/ Geralyn Boccher
    Geralyn Boccher

Attorneys For Defendants Columbia
Sussex Corp. & Tropicana Casinos And
Resorts, Inc.

SO ORDERED:

JOEL SCHNEIDER - August 11, 2008
United States Magistrate